**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ANNA GRECO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 17-cv-7159 |
| vs. ) | |
| ) | |
| IRONGATE ACCOUNT SOLUTIONS, LLC ) | Honorable Andrea R. Wood |
| and CAPITAL LINK MANAGEMENT, LLC, ) | |
| ) | |
| Defendants. ) | |

**JOINT MOTION FOR CONFIDENTIALITY ORDER AND QUALIFIED PROTECTIVE ORDER**

Pursuant to Federal Rule of Civil Procedure 26(c), as well as and 45 C.F.R. § 164.512(e)(1), Plaintiff Anna Greco ("Plaintiff") and Defendant Capital Link Management, LLC ("Defendant") respectfully move this Honorable Court, jointly, for an order entering the Agreed Confidentiality Order attached to this motion as Exhibit A.

At this time, Plaintiff and Defendant believe that certain documents and information sought in pretrial discovery may be of a confidential or proprietary nature. Specifically, documents reflecting financial, personal, or proprietary business information may be produced or disclosed. Accordingly, Plaintiff and Defendant jointly submit that entry of the Agreed Confidentiality Order attached hereto as Exhibit A is warranted.

This Joint Motion is not made for any purposes of delay but rather in the interest of justice and judicial economy.

2

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| EDELMAN, COMBS, LATTURNER & GOODWIN, LLC | LIPPES MATHIAS WEXLER FRIEDMAN LLP |
| */s/Daniel A. Edelman* <br> One of the Attorneys for Plaintiff | */s/ Brendan H. Little (with consent)* <br> Attorney for Defendant Capital Link Management, LLC |
| Daniel A. Edelman <br> Edelman, Combs, Latturner & Goodwin, LLC <br> 20 S. Clark St., Suite 1500 <br> Chicago, IL 60603 <br> Phone: 312-739-4200 <br> Fax: 312-419-0379 <br> dedelman@edcombs.com | Brendan H. Little <br> Lippes Mathias Wexler Friedman LLP <br> 50 Fountain Plaza, Suite 1700 <br> Buffalo, New York 14202 <br> Telephone: 716-853-5100 <br> Facsimile: 716-853-5199 <br> blittle@lippes.com |

302030964v1 1005255

## **CERTIFICATE OF SERVICE**

      I, Isabella M. Janusz, certify that on July 18, 2018, I had a copy of this document filed electronically with the Clerk of the U.S. District Court, Northern District of Illinois, using the CM/ECF (electronic case filing) system, which sent notification to all parties of record.

                                            s/Daniel A. Edelman
                                            Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Isabella M. Janusz
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, Illinois 60603
Phone No.: (312) 739-4200
Facsimile No.: (312) 419-0379

302030964v1 1005255