LAW OFFICES
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark St., Suite 1500
Chicago, Illinois 60603
Phone 312/739-4200
Fax 312/419-0379

July 13, 2018

**VIA E-MAIL**

Brendan H. Little
blittle@lippes.com

  Re: *Greco v. Capital Link Management, LLC*; No. 1:17-cv-7159
    ECLG Case No. 34420

Dear Counsel:

This letter is sent to you pursuant to Fed. R. Civ. P. 37 and Local Rule 37.2. We have each reviewed Defendant's responses to Plaintiff's requests for admission, interrogatories and document requests and have a number issues to discuss as set forth below. Below are Plaintiff's attempts to comply with Federal Rule of Civil Procedure 37(a)(1) which requires certification of the moving party to make a good faith attempt to resolve discovery issues. Please supplement the responses promptly.

**I.**  **Defendant's Responses to Plaintiff's Interrogatories**

  **Interrogatory 6** relating to Whether CLM is licensed as a debt collector: This is directly relevant to the question of whether CLM is a debt collector, and therefore goes to whether CLM violated the FDCPA. The fact that the FDCPA is a strict liability statute is irrelevant.

**II.**  **Defendant's Responses to Plaintiff's Request for Production**

  **RTP 6** relating to CLM's document destruction and retention polities: This is relevant in order to determine the completeness of CLM's discovery responses, and account for anything that has not been produced if it is not in CLM's possession.

  **RTP 7** relating to documents which describe CLM's business: This information goes to showing whether CLM is a debt collector, which is relevant to Plaintiff's claims that it violated the FDCPA. The fact that the FDCPA is a strict liability statute is irrelevant to this request.

**III.     Defendant's Responses to Plaintiff's Second Request for Production**

**RTP 1** regarding documents relating to CLM's agreement with credit payment processors: This information goes towards discovery of CLM's business activities and the nature of its business, which is relevant to Plaintiff's claims that it violated the FDCPA. The fact that the FDCPA is a strict liability statute is irrelevant to this request.

**RTP 2** regarding all communications between CLM and Irongate Account Solutions, LLC: This information goes towards discovery of CLM's business activities and the nature of its business, which is relevant to Plaintiff's claims that it violated the FDCPA. The fact that the FDCPA is a strict liability statute is irrelevant to this request. We would agree to limit the request to any agreement or other communications between CLM and Irongate allowing CLM to process payments on behalf of Irongate. According to CLM's response to Plaintiff's Interrogatory No. 11, CLM has processed payments for Irongate.

Please supplement Defendant's responses at your earliest convenience. Please contact me to discuss discovery within the next few days.

Sincerely,

s/ Isabella M. Janusz
Isabella M. Janusz