| | |
|---|---|
| **From:** | Isabella Janusz |
| **To:** | Brendan H. Little |
| **Subject:** | RE: Greco v. Capital Link Management; 17-cv-7159 - discovery followup |
| **Date:** | Wednesday, August 15, 2018 9:36:00 AM |
| **Attachments:** | image005.png |
| | image006.png |
| | image007.png |
| | image009.png |
| | image010.png |
| | image011.png |

Good morning,

As a followup to our earlier status hearing on this case, we are still waiting for responses to the two discovery requests that you were to look into following our July 19 phone call, , relating to debt collector licensure and documents submitted to government agencies. Please let me know by the end of today when you expect to be able to provide any information as to these requests, keeping in mind the August 30 discovery deadline.

Best,

Isa Janusz


Isabella M. Janusz | Associate Attorney
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
312.739.4200 (Main)
312.917.4508 (Direct)
312.419.0379 (Fax)


**From:** Brendan H. Little <blittle@lippes.com>
**Sent:** Wednesday, August 1, 2018 8:22 AM
**To:** Isabella Janusz <ijanusz@edcombs.com>
**Subject:** RE: Greco v. Capital Link Management; 17-cv-7159 - discovery followup

I will check again with the client regarding settlement. I am going notice the deposition of Plaintiff for 8/15 in Chicago after our status conference. I will get you the notice shortly.

Thanks,



**Brendan H. Little**
Partner



50 Fountain Plaza, Suite 1700
Buffalo, NY 14202-2216
ph: 716.853.5100 | d: 716.218.7570 | fx: 716.853.5199

415 Madison Avenue, 14th Floor
New York, NY 10017
ph: 646.673.8633
blittle@lippes.com | www.lippes.com



This email message, including attachments, are confidential and may be protected by the attorney/client or other applicable privileges. The information is intended to be conveyed only to the designated recipient(s) of the email message. Unauthorized use, dissemination, distribution or reproduction of this message by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not an intended recipient, please notify the sender immediately, delete the message from your email system, and destroy any other copies in your possession.

**From:** Isabella Janusz <ijanusz@edcombs.com>
**Sent:** Tuesday, July 31, 2018 11:47 AM
**To:** Brendan H. Little <blittle@lippes.com>
**Subject:** RE: Greco v. Capital Link Management; 17-cv-7159 - discovery followup

Thank you. As a reminder, we also have the settlement demand that I believe I sent while you were out of the office, which expires August 3 (the year in the letter of course being a typo.)

**From:** Brendan H. Little <blittle@lippes.com>
**Sent:** Tuesday, July 31, 2018 10:37 AM
**To:** Isabella Janusz <ijanusz@edcombs.com>
**Subject:** RE: Greco v. Capital Link Management; 17-cv-7159 - discovery followup

I will ping the client again and report back.


**Brendan H. Little**
Partner

|                                      |
|                                      |

50 Fountain Plaza, Suite 1700
Buffalo, NY 14202-2216
ph: 716.853.5100 | d: 716.218.7570 | fx: 716.853.5199

415 Madison Avenue, 14th Floor
New York, NY 10017
ph: 646.673.8633
blittle@lippes.com | www.lippes.com



This email message, including attachments, are confidential and may be protected by the attorney/client or other applicable privileges. The information is intended to be conveyed only to the designated recipient(s) of the email message. Unauthorized use, dissemination, distribution or reproduction of this message by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not an intended recipient, please notify the sender immediately, delete the message from your email system, and destroy any other copies in your possession.

**From:** Isabella Janusz <ijanusz@edcombs.com>
**Sent:** Tuesday, July 31, 2018 11:31 AM
**To:** Brendan H. Little <blittle@lippes.com>
**Subject:** RE: Greco v. Capital Link Management; 17-cv-7159 - discovery followup

Counsel,

I am following up with this again; do you happen to know when you expect to have finished your investigation into this remaining discovery?

Thank you,

**Isabella M. Janusz | Associate Attorney**
**EDELMAN, COMBS, LATTURNER & GOODWIN, LLC**
20 S. Clark Street, Suite 1500
Chicago, IL 60603
312.739.4200 (Main)
312.917.4508 (Direct)
312.419.0379 (Fax)

**From:** Isabella Janusz
**Sent:** Monday, July 23, 2018 4:11 PM

**To:** Brendan H. Little <blittle@lippes.com>
**Subject:** Greco v. Capital Link Management; 17-cv-7159 - discovery followup

Good afternoon,

I am just following up from our phonecall on Thursday regarding Interrogatory 6 and Request to Produce 7, relating to debt collector licensure and documents submitted to government agencies. I recall we discussed that you would check with your client for any such documents and information and get back to me. Please let me know when you have that information available.

Best,

Isabella M. Janusz | Associate Attorney
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
312.739.4200 (Main)
312.917.4508 (Direct)
312.419.0379 (Fax)