UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Anna Greco

                           Plaintiff,

v.                                                         Case No.: 1:17−cv−07159
                                                         Honorable Andrea R. Wood

Irongate Account Solutions, LLC, et al.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 11, 2018:

      MINUTE entry before the Honorable Andrea R. Wood:At Plaintiff's electronic request, its motion to compel [26] is voluntarily withdrawn. The motion presentment date of 9/13/2018 is stricken; parties need not appear. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.